UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **BROCK BOUDREAUX, KHALED BARAKE, and MICHAEL AINSWORTH,** Individually and On Behalf of Other Similarly Situated, | * * * * * | **CIVIL ACTION** **NO. 6:14-cv-02267** |
| *Plaintiffs.* | * * * | **JUDGE HAIK** |
| **VERSUS** | * * * | **MAGISTRATE JUDGE WHITEHURST** |
| **SCHLUMBERGER TECH CORP.,** | * * * | |
| *Defendant.* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CORRECTED JOINT PROPOSED DISCOVERY PLAN

**COMES NOW**, Plaintiffs, Individually and o/b/o others similarly situated, and Defendant, Schlumberger Technology Corporation ("STC"), and, pursuant to the Court's order on December 18, 2015 (Rec. Doc. 158), hereby submit to this Honorable Court the following scheduling order/discovery plan to govern the deadlines for this matter.

## PROPOSED DISCOVERY PLAN

| Date | Event |
|---|---|
| February 9, 2016 | Defendant to provide remaining personnel files, payroll records, and training documents for plaintiffs in a readily understandable form or as kept in the ordinary course of business. The records will be provided in an electronic format. |
| February 9, 2016 to May 13, 2016 | Parties to propound written discovery.[1] |
| August 20, 2016 | Deadline for expert reports for party with burden of proof, if any. |
| September 15, 2016 | Deadline for mediation. |
| October 20, 2016 | Rebuttal expert deadline, if any. |
| November 18, 2016 | Discovery deadline. The Parties have allocated approximately nine (9) |

---

[1] Does not prevent written discovery after May 13, 2016.

|  | months to complete class discovery. This includes all written discovery and depositions concerning fact witnesses and expert witnesses. |
| --- | --- |
| January 13, 2017 | Decertification and dispositive motion deadline. |
| February 3, 2017 | Deadline to file opposition to Decertification and dispositive motions. |
| February 17, 2017 | Deadline for reply to Decertification and dispositive motions. |

Respectfully submitted, this 20th day of January, 2016.

/s/ Robert P. Lombardi
Samuel Zurik III (LSBA 24716)
Robert P. Lombardi (LSBA 26387)
THE KULLMAN FIRM, P.L.C.
1100 Poydras Street, Suite 1600
New Orleans, LA  70163
Telephone:  (504) 524-4162
Facsimile:  (504) 596-4189
E-Mail:  sz@kullmanlaw.com
E-Mail:  rpl@kullmanlaw.com
**COUNSEL FOR DEFENDANT, SCHLUMBERGER TECHNOLOGY CORPORATION**

**AND**

**Bruckner Burch PLLC**
/s/ Matthew S. Parmet
Richard J. (Rex) Burch
(admitted *pro hac vice*)
Matthew S. Parmet (LSBA 32855)
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone:  (713) 877-8788
Facsimile:   (713) 877-8065
rburch@brucknerburch.com
mparmet@brucknerburch.com

**Law Offices of Kenneth W. DeJean**
Kenneth W. DeJean (LSBA 4817)
417 W. University Avenue
P.O. Box 4325
Lafayette, Louisiana 70502
Telephone:  (337) 235-5294
Facsimile:   (337) 235-1095
kwdejean@kwdejean.com

**Fibich, LeeBron, Copeland
Briggs & Josephson**
Michael A. Josephson (Admitted *pro hac vice*)
Andrew W. Dunlap (Admitted *pro hac vice*)
Lindsay R. Itkin (Admitted *pro hac vice*)
1150 Bissonnet
Houston, Texas 77005
Telephone: (713) 751-0025
Facsimile: (713) 751-0030
mjosephson@fibichlaw.com
adunlap@fibichlaw.com
litkin@fibichlaw.com
**COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I certify that on January 20th, 2016, I electronically filed the foregoing document using the CM/ECF Filing System which will send notification of such filing to the following:

Kenneth W. DeJean, Esq.
Law Offices of Kenneth W. DeJean
P.O. Box 4325
Lafayette, LA 70502
Email: kwdejean@kwdejean.com

Richard J. (Rex) Burch, Esq.
Bruckner Burch, PLLC
8 Greenway Plaza, Suite 1500
Houston, TX 77046
Email: rburch@brucknerburch.com

Michael A. Josephson, Esq.
Andrew Dunlap, Esq.
Lindsay R. Itkin, Esq.
Fibich Leebron Copeland Briggs & Josephson, LLP
1150 Bissonnet
Houston, TX 77005
Email: mjosephson@fibichlaw.com
Email: adunlap@fibichlaw.com
Email: litkin@fibichlaw.com

**COUNSEL FOR PLAINTIFFS**

　　　　　　　　　　　　　　　　　　　　*/s/ Robert P. Lombardi*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **BROCK BOUDREAUX, KHALED BARAKE, and MICHAEL AINSWORTH,** Individually and On Behalf of Other Similarly Situated, | * * * * * | **CIVIL ACTION** <br><br> **NO. 6:14-cv-02267** |
| *Plaintiffs.* | * * * | **JUDGE HAIK** |
| **VERSUS** | * * * * | **MAGISTRATE JUDGE WHITEHURST** |
| **SCHLUMBERGER TECH CORP.,** | * * * | |
| *Defendant.* | * * | |

* * * * * * * * * * * * * * * * * * * * ** * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing *Corrected Joint Proposed Discovery Plan*,

**IT IS HEREBY ORDERED** that the Corrected Joint Proposed Discovery Plan is hereby adopted as the Order of the Court.

Signed, January __, 2016, at Lafayette, Louisiana.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

5