UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **BROCK BOUDREAUX, KHALED BARAKE, and MICHAEL AINSWORTH,** Individually and On Behalf of Other Similarly Situated, | * * * * * | **CIVIL ACTION** NO. 6:14-cv-02267 |
| *Plaintiffs.* | * | **JUDGE HAIK** |
| **VERSUS** | * * | **MAGISTRATE JUDGE WHITEHURST** |
| **SCHLUMBERGER TECH CORP.,** | * * | |
| *Defendant.* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing *Corrected Joint Proposed Discovery Plan*,

**IT IS HEREBY ORDERED** that the Corrected Joint Proposed Discovery Plan is hereby adopted as the Order of the Court.

Signed, January 21, 2016, at Lafayette, Louisiana.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE