UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| BROCK BOUDREAUX, KHALED BARAKE, and MICHAEL AINSWORTH, Individually and On Behalf of Other Similarly Situated, | * * * * | CIVIL ACTION<br><br>NO. 6:14-cv-02267 |
| *Plaintiffs.* | * * | JUDGE ROBERT SUMMERHAYS |
| VERSUS | * * | MAGISTRATE JUDGE WHITEHURST |
| SCHLUMBERGER TECH CORP., | * * * | |
| *Defendant.* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT NOTICE OF PARTIAL SETTLEMENT AS TO THE MWD CLASS MEMBERS**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs Brock Boudreaux, Khaled Barake, and Michael Ainsworth (the "Plaintiffs") and Defendant Schlumberger Technology Corporation ("Defendant") hereby notify the Court that a settlement has been reached in principal with respect to the Measurement While Drilling Operators ("MWDs") class. The parties have reached agreement on the quantum for a settlement and are currently in the process of finalizing the remaining terms of the settlement and preparing the necessary settlement documents.

No agreement has been reached regarding the Directional Driller class. Plaintiffs are **NOT** seeking a stay of this litigation, including any anticipated rulings on any of the pending motions, based on this partial settlement.

Respectfully submitted,

*/s/Michael A. Josephson*  
Michael A. Josephson  
JOSEPHSON DUNLAP  
11 Greenway Plaza, Suite 3050  

*/s/Robert P. Lombardi*  
Samuel Zurik III (LSBA 24716)  
Robert P. Lombardi (LSBA 26387)  
THE KULLMAN FIRM, P.L.C.

1

Houston, TX 77046
Telephone: (713) 352-1100
Facsimile: (713) 352-3300
Email: mjosepshon@mybackwages.com

-and-

Richard J. (Rex) Burch
James A. Jones
BRUCKNER BURCH, PLLC
8 Greenway Plaza, Suite 1500
Houston, TX  77046
Telephone: (713) 877-8788
Facsimile: (713) 877-8065
E-mail: rburch@brucknerburch.com
E-mail: jjones@brucknerburch.com

-and-

Kenneth W. DeJean (LSBA 4817)
LAW OFFICES OF KENNETH DeJEAN
417 W. University Avenue
P.O. Box 4325
Lafayette, LA 70502
Telephone: (337) 235-5294
Facsimile: (337) 235-1095

**COUNSEL FOR PLAINTIFFS,
BROCK BOUDREAUX, KHALED
BARAKE, and MICHAEL AINSWORTH**

1100 Poydras Street, Suite 1600
New Orleans, LA  70163
Telephone:  (504) 524-4162
Facsimile:  (504) 596-4189
E-Mail:  sz@kullmanlaw.com
E-Mail:  rpl@kullmanlaw.com

-and-

Kelly D. Reese
THE KULLMAN FIRM, P.L.C.
63 S. Royal Street, #1100
Mobile, AL 36602
Telephone: (251) 432-1811
Facsimile: (251) 433-1230
E-mail: kr@kullmanlaw.com

**COUNSEL FOR DEFENDANT,
SCHLUMBERGER TECHNOLOGY
CORPORATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Kenneth W. DeJean, Esq.
Law Offices of Kenneth W. DeJean
P.O. Box 4325
Lafayette, LA 70502
Email: kwdejean@kwdejean.com

Richard J. (Rex) Burch, Esq.
Bruckner Burch, PLLC
8 Greenway Plaza, Suite 1500
Houston, TX 77046
Email: rburch@brucknerburch.com

Michael A. Josephson, Esq.
Andrew Dunlap, Esq.
Josephson Dunlap
11 Greenway Plaza, Suite 3050
Houston, TX 77046
Email: mjosephson@mybackwages.com
Email: adunlap@mybackwages.com

/s/ Robert P. Lombardi