# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| BROCK BOUDREAUX, KHALED BARAKE, and MICHAEL AINSWORTH, Individually and for Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SCHLUMBERGER TECH CORP.,<br><br>*Defendant*. | **Case No.: 6:14-cv-02267-DDD-CBW**<br><br>Collective Action<br><br>Judge Robert R. Summerhays<br><br>Magistrate Judge Carol B. Whitehurst |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON SCHLUMBERGER'S EXEMPTION AFFIRMATIVE DEFENSES

Plaintiffs move for Partial Summary Judgment on Defendant Schlumberger Tech Corp.'s (Schlumberger) exemption affirmative defenses. Schlumberger cannot carry its burden of proof to show that its Directional Drillers (DDs) were exempt because the guaranteed salary paid to DDs bore no reasonable relationship to the total compensation DDs received. Thus, Schlumberger cannot establish the salary basis requirement of the exemptions it claims.

Schlumberger's affirmative defenses of exemption fail as a matter of law. Plaintiffs are thus entitled to Partial Summary Judgment on this issue.

Respectfully submitted,

***/s/ Rex Burch***

By: _____
Richard J. (Rex) Burch
Texas Bar No. 24001807
*admitted pro hac vice*
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com

Michael A. Josephson
Texas Bar No. 24014780
*admitted pro hac vice*
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Ste. 3050
Houston, Texas 77046
Telephone: (713) 352-1100
Telecopier: (713) 352-3300
mjosephson@mybackwages.com

Kenneth W. DeJean, Esq.
**Law Offices of Kenneth W. DeJean**
P.O. Box 4325
Lafayette, LA 70502
Email: kwdejean@kwdejean.com

**COUNSEL FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed using the Court's ECF electronic filing system, which constitutes service on all counsel of record under the rules of this Court.

**/s/ Rex Burch**
Richard J. (Rex) Burch