UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BROCK BOUDREAUX, ET AL..** | **CIVIL ACTION NO. 14-2267** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **SCHLUMBERGER TECH. CORP.** | **MAGISTRATE JUDGE WHITEHURST** |

### ORDER

Pending before the undersigned magistrate judge is the "Motion for Decertification of Collective Action" [Doc. 538] filed by defendant Schlumberger Technology Corporation. Also pending at this time are a number of Motions for Summary Judgment which have been referred to the district judge. Because of potential for overlap between the Motions for Summary Judgment and the Motion for Decertification, in the interests of judicial efficiency, the Motion for Decertification of Collective Action [Doc. 538] is hereby DENIED at this time, without prejudice to the right of the mover to re-file the motion after the Motions for Summary Judgment have been adjudicated.

Signed at Lafayette, Louisiana on the 23rd day of February, 2022.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE