UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BROCK BOUDREAUX, ET AL. | CIVIL ACTION NO. 6:14-2267 |
| VERSUS | JUDGE ROBERT SUMMERHAYS |
| SCHLUMBERGER TECH CORP. | MAGISTRATE JUDGE WHITEHURST |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that the Renewed Motion to Decertify the Conditional Class [Doc. 631] filed by STC is GRANTED, and the claims of the opt-in plaintiffs are dismissed without prejudice.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 30th day of November, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE